DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JERMAINE SACCROD FORTNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0234
_____

December 17, 2025

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

MORRIS, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.